MICHAEL, SUCCESSOR ADMR., APPELLANT, *v.* RELIANCE
NATIONAL INSURANCE COMPANY, APPELLEE.

[Cite as *Michael v. Reliance Natl. Ins.
Co.* (2001), 91 Ohio St.3d 1262.]

(No. 00–1323—Submitted March 28, 2001—Decided May 16, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

COOK, J., dissenting. Because I would affirm the judgment of the court of appeals, I respectfully dissent.

MOYER, C.J., concurs in the foregoing dissenting opinion.

*Lamkin, Van Eman, Trimble, Beals & Rourke* and *Michael J. Rourke,* for appellant.

*Wiles, Boyle, Burkholder & Bringardner Co., L.P.A., Jay B. Eggspuehler* and *Samuel M. Pipino,* for appellee.

*Elk & Elk Co., L.P.A.,* and *Todd O. Rosenberg,* urging reversal for *amicus curiae* Ohio Academy of Trial Lawyers.